UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STAAR, | No. 2:18-cv-2658-MCE-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| JIM FOLEY, et al. | |
| Defendants. | |

On September 28, 2018, plaintiff, proceeding without counsel, commenced this action and requested leave to proceed *in forma pauperis*. (ECF Nos. 1, 2.) However, plaintiff's application is incomplete. She entirely failed to answer question 2 of the application (indicating whether or not she has income from an employer), and only partially completed question 3 (regarding other sources of income).

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. Within 28 days of this order, plaintiff shall either pay the filing fee or submit a properly-completed motion to proceed *in forma pauperis*.
3. Failure to either pay the filing fee or submit a properly-completed motion to proceed

1

*in forma pauperis* by the applicable deadline will be deemed to be plaintiff's abandonment of the action, and will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: November 8, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2